**Form oinstpl**  (Revised 12/2020)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  24–20023                    Chapter:  13

In re:

James C Webb

12490 Quivira, Apt. 613
Overland Park, KS 66213

SSN: xxx–xx–0417

**ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS THROUGH THE PLAN**

| **Filed By The Court** |
| --- |
| **1/11/24** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

Total fees due for a Chapter 13 case are $313.00 and payments must comply with Fed. R. Bankr. P. 1006.

Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.

**Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 10 – 3

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court