**Form oinstpl** (Revised 12/2020)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  24–20023                                          Chapter:  13

In re:

James C Webb

12490 Quivira, Apt. 613
Overland Park, KS 66213

SSN: xxx–xx–0417

|  |
| --- |
| **Filed By The Court** |
| **1/11/24** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
THROUGH THE PLAN**

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

Total fees due for a Chapter 13 case are $313.00 and payments must comply with Fed. R. Bankr. P. 1006.

Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.

**Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 10 – 3

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court

United States Bankruptcy Court

District of Kansas

In re:

James C Webb

     Debtor

Case No. 24-20023-RDB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2       User: admin       Page 1 of 1

Date Rcvd: Jan 11, 2024       Form ID: oinstpl       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

**Recip ID**       **Recipient Name and Address**

db       +   James C Webb, 12490 Quivira, Apt. 613, Overland Park, KS 66213-2409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Ryan A Blay | |
| | on behalf of Debtor James C Webb blay@wagonergroup.com |
| | bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | |
| | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | |
| | inquiries@13trusteekc.com |

TOTAL: 3